MSA
F.#2009R00384

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 6 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CR 10 - 609

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

WILLIAM RAMOS,

        Defendant.

- - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

COGAN, J.

J. ORENSTEIN, M.J.

    Please take notice that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           August 6, 2010

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

              By:      /s/ Matthew S. Amatruda
                              Matthew S. Amatruda
                              Assistant U.S. Attorney
                              (718) 254-7012

CR 10 - 609

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 6 2010 ★

BROOKLYN OFFICE

COGAN, J.

# INFORMATION SHEET
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case:  United States v. William Ramos

2. Related Docket Number(s): _____
   None ( )

3. Arrest Date:  N/A

4. Nature of offense(s):    X    Felony
                            ☐    Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial:  Less than 6 weeks    (XX)
                               More than 6 weeks    (  )

7. County in which crime was allegedly committed:  Brooklyn (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?  ( ) Yes  (X) No

9. Have arrest warrants been ordered?  ( ) Yes  (X) No

10. Is there a capital count included in the indictment?  ( ) Yes   (X) No

By:

LORETTA E. LYNCH
UNITED STATES ATTORNEY

Matthew S. Amatruda
Assistant U.S. Attorney
(718) 254-6191