DMB:MSA
F.#2010R00384

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 19 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

WILLIAM RAMOS,

        Defendant.

I N F O R M A T I O N

Cr. No. _____
(T. 21, U.S.C.,
§§ 841(b)(1)(C)
and 846; T. 18, U.S.C.,
§§ 3551 et seq.)

- - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

<u>CONSPIRACY TO DISTRIBUTE COCAINE BASE</u>

In or about and between 2007 and 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant WILLIAM RAMOS, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine base, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

*[signature]*
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK